UNITED STATES COURT OF INTERNATIONAL TRADE                                FORM 3

|  |  |
|---|---|
| DEER PARK GLYCINE, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES,<br><br>　　　　　　　Defendant. | **S U M M O N S**<br><br>Court No. 24-00268 |

**TO:**   The Attorney General, the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



　　　　　　　　　　　　　　　　　　　　**/s/ Mario Toscano**
　　　　　　　　　　　　　　　　　　　　Clerk of the Court

---

Name and Standing of Plaintiff

1. Plaintiff is Deer Park Glycine, LLC ("Plaintiff").[1]  Plaintiff is a domestic producer of a domestic like product (*i.e.*, glycine) and thus is an interested party in accordance with 19 U.S.C. §§ 1516a(f)(3) and 1677(9)(C) and 28 U.S.C. § 2631(k)(1).  Plaintiff also fully participated in the underlying U.S. Department of Commerce countervailing duty investigation and each subsequent administrative review of the countervailing duty order (*i.e.*, *Glycine from India* {C-533-884}), and thus has standing in accordance with 19 U.S.C. § 1516a(d) to bring this action pursuant under 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I) and 1516a(a)(2)(B)(iii) and 28 U.S.C. § 2631(c).

Brief Description of Contested Determination

2. Plaintiff is contesting the final results ("Determination") issued by the U.S. Department of Commerce's International Trade Administration in the fourth administrative review of the countervailing duty order on *Glycine from India* (C-533-884), covering the period between January 1, 2022 and December 31, 2022. This Summons is being filed within

---

[1]   On January 1, 2024, GEO Specialty Chemicals, Inc. ("GEO") transferred all its rights, title, and interest in and to its glycine business, including its Deer Park, Texas facility, to Plaintiff, its subsidiary.  Plaintiff now owns and operates the glycine business, including the Deer Park facility.

thirty days after the date of publication of the Determination in the *Federal Register*. Thus, the action is timely pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and 28 U.S.C. § 2636(c).

Date of Determination

3. The Determination is dated November 22, 2024.

Date of Publication in Federal Register of Notice of Contested Determination

4. The U.S. Department of Commerce's final results were published in the *Federal Register* on December 2, 2024. *See Glycine From India: Final Results of the Countervailing Duty Administrative Review*; 2022, 89 Fed. Reg. 95180 (Dep't of Commerce Dec. 2, 2024).

        Respectfully submitted,

        / s / David M. Schwartz

        David M. Schwartz
        Michelle Li
        Kerem Bilge
        Aaron C. Mandelbaum

        THOMPSON HINE LLP
        1919 M Street, NW, Suite 700
        Washington, DC 20036
        Telephone:  (202) 263-4170
        Telefax:       (202) 331-8330
        Email:          David.Schwartz@ThompsonHine.com

        *Counsel to Deer Park Glycine, LLC*

Dated:  December 30, 2024

**SEE REVERSE SIDE**

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
Room 346
New York, New York 10278


Supervising Attorney
Civil Division - Commercial Litigation Branch
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20530


Chief Counsel
Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Avenue, NW
Washington, DC 20230