UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 7A

**DEER PARK GLYCINE, LLC,**

                        Plaintiff,

    v.     Court No. **24-00268**

**UNITED STATES,**

                        Defendant.

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: **January 27, 2025**

                        **/ s / David M. Schwartz**
                        Attorney for Plaintiff

                        **THOMPSON HINE LLP**
                        **1919 M Street, NW, Suite 700**
                        Street Address

                        **Washington, DC 20036-3537**
                        City, State and Zip Code

                        **(202) 263-4170 (Direct) / (202) 331-8330 (Fax)**
                        Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by Plaintiff, is dismissed.

Dated: January 27, 2025     Clerk, U. S. Court of International Trade

                        By:     /s/ Jason Chien
                                Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by Plaintiff, are dismissed.

Dated: January 27, 2025

Clerk, U. S. Court of International Trade

By: /s/ Jason Chien
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)